# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL DUANE HUNTER,

*Plaintiff*

v.

MICHELLE G. FEREBAUER, et al.,

*Defendant*

)
)
)
)
)

Civil Action No.  CV-13-5020-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motions to Dismiss were decided by Senior Judge Edward F. Shea and an Order Granting Defendants' Motions to Dismiss was entered on 07/31/13.  Judgment is hereby entered in favor of all Defendants herein.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 31, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb